In the Matter of SIXTH AVENUE TWENTY-THIRD ST. CORP., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [695–709 Sixth Ave., Borough of Manhattan.]

— Order unanimously modified so as to reinstate the assessments on the land, unimproved, for the years under review and, as so modified, affirmed. On this record reduction in land value is unwarranted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.